UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED SPECIALTY INSURANCE
COMPANY,

    Plaintiff,

v.

    Case No.: 3:23-cv-335-BJD-LLL

SOUTHERN HOME SOURCE LLC,
TOWNE CONSTRUCTION GROUP INC.
and WILLOWBROOK AT OAKLEAF
PLANTATION HOMEOWNERS'
ASSOCIATION, INC.,

    Defendants.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation of Dismissal without Prejudice (Doc. No. 49; Stipulation) filed on July 2, 2024. In the Stipulation, the parties indicate their agreement to dismissal of this case without prejudice. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED**:

1.    This case is **DISMISSED without prejudice.**

2.    Each party shall bear its own costs and fees.

3.    The Clerk of the Court is directed to terminate all pending motions and close the file.

      **DONE** and **ORDERED** in Jacksonville, Florida this 16th day of July, 2024.

                                              BRIAN J. DAVIS
                                              United States District Judge

*Copies to:*

Counsel of Record

*ap*